**Opinion and Order Filed June 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00720-CR

### EX PARTE WISDOM UKACHUKWU AMANZE

**Original Proceeding from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MC 16A 1895**

## MEMORANDUM OPINION AND ORDER

Before Chief Justice Carolyn Wright and Justices Lang-Miers and Fillmore
Opinion by Chief Justice Carolyn Wright

Before the Court is the Emergency Motion for Temporary Writ of Habeas Corpus or Stay of Deportation filed by Luwalhati Admana Johnson on behalf of Wisdom Ukachukwu Amanze. According to the motion, Mr. Amanze is "currently in deportation proceedings" and is in federal custody for immediate deportation to Nigeria. Ms. Johnson asks this Court to issue a temporary writ of habeas corpus to release Mr. Amanze from federal custody.

To the extent Mr. Amanze seeks a post-conviction writ of habeas corpus, we do not have jurisdiction to grant such relief.

To the extent Mr. Amanze's request can be construed as an application for a writ of habeas corpus to secure his release from federal custody, this matter is one of exclusive federal jurisdiction. Appellant is now in the custody of the United States Government. Therefore, only a federal court may issue a writ of habeas corpus in his case. TEX. CODE CRIM. PROC. art. 11.63; see

also 28 U .S.C. § 2241(c) (1994) (describing federal court habeas jurisdiction over prisoners in federal custody).

We dismiss the motion for want of jurisdiction.


/s/ Chief Justice Carolyn Wright
CAROLYN WRIGHT
CHIEF JUSTICE